AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 07 CIV 8496

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WILLIAM EBY
3481 AUGUSTA DRIVE
IJAMSVILLE, MD 21754-9040

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/25/2007 | _[signature]_ |
| Date | Signature |
| | ARNOLD L. KERT, ESQ.  —  ALK-3106 |
| | Print Name / Bar Number |
| | 666 OLD COUNTRY ROAD |
| | Address |
| | GARDEN CITY / NY / 11530 |
| | City / State / Zip Code |
| | (516) 222-1860 / (516) 222-1713 |
| | Phone Number / Fax Number |