Fax from : 516 222 1713

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MARTIN LANE HISTORIC AMERICANA,            07 civ 8496 (SAS)

                Plaintiff (s),

    - against -                            STIPULATION EXTENDING
                                          TIME TO ANSWER

WILLIAM EBY,

                Defendant (s).
------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that the time for the defendant, WILLIAM EBY, to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same is hereby extending to and including the 23RD Day of November, 2007.

Defendant hereby waives affirmative defense of jurisdiction.

Dated: Oct. 22, 2007
        Garden City, NY

                                          BOCHETTO & LENTZ, P.C.
                                          By: _____

                                          GAVIN P. LENTZ, ESQ.
                                          1524 Locust Street
                                          Philadelphia, PA 19102
                                          Tel: 215. 735-3900
                                          Fax: 215. 735-2455
                                          *Attorneys for Plaintiff*

_____
ARNOLD L. KERT PLLC
666 Old Country Road
Garden City, NY 11530
Tel: 516. 222-1860
Fax: 516. 222-1713

*Attorneys for Defendant*

                         Please sign and return via FAX

SO ORDERED: 10/29/07

_____
U.S.D.J.