AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| SERVICE OF: | **SUMMONS, COMPLAINT, CIVIL COVER SHEET, EXHIBITS** | |
|---|---|---|
| EFFECTED (1) BY ME: | **OUT OF STATE** | |
| TITLE: | **PROCESS SERVER** | DATE: 10/17/07 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

[X] Served personally upon the defendant:

WILLIAM EBY

Place where served:

3481 AUGUSTA DRIVE, IJAMSVILLE, MD 21754

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant:

Description of person accepting service:

SEX: M  AGE: 57  HEIGHT: 6-1  WEIGHT: 220  SKIN: W  HAIR: BLONDE  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service.

**STATEMENT OF SERVER**

| TRAVEL $ | SERVICES $ | TOTAL $ |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct

DATE: 10 / 17 / 20 07

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | GAVIN P. LENTZ, ESQ. |
|---|---|
| PLAINTIFF: | MARTIN LANE HISTORIC AMERICANA |
| DEFENDANT: | WILLIAM EBY |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 07 CIV 8496 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Martin Lane Historic Americana

V.

William Eby

## SUMMONS IN A CIVIL ACTION

### CASE NUMBER:

07 CIV 8496

TO: (Name and address of Defendant)

William Eby
3481 Augusta Drive
Ijamsville, MD  21754-9040

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gavin P. Lentz, Esquire
BOCHETTO & LENTZ, P.C.
1524 Locust Street
Philadelphia, PA  19102

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

OCT 0 1 2007

DATE