**RECEIVED**
DEC 20 2007
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARTIN LANE HISTORIC AMERICANA,    07 civ 8496

        Plaintiff,

  -against-                         **STIPULATION EXTENDING**
                                            **TIME TO REPLY**

WILLIAM EBY,

        Defendant.
------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that the Defendant, WILLIAM EBY, be granted until December 27, 2007 to file reply papers in the above captioned action.

Dated: December 19, 2007
Garden City, New York

ARNOLD L. KERT, PLLC
666 Old Country Road
Garden City, NY 11530
Tel: 516-222-1860
Fax: 516-222-1713
Attorneys for Defendant

BOCHETTO & LENTZ, P.C.
Todd S. McGarvey, Esq.
1524 Locust Street
Philadelphia, PA 19102
Tel: 215-735-3900
Fax: 215-735-2455
Attorneys for Plaintiff

Please sign and return via FAX

SO ORDERED: 12/20/07
_____
USDC JUDGE
HON. JUDGE STEIN