```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARTIN LANE HISTORIC AMERICANA,    :    07 Civ. 8496 (SHS) (DCF)

                Plaintiff(s),    :

    -against-    :    CONSENT TO PROCEED BEFORE
                                                                                        UNITED STATES MAGISTRATE

WILLIAM EBY,    :

                Defendant(s).    :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY STIPULATED by the undersigned:

    1.    All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2.    Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Dated: New York, New York
          1/16/08

_____            _____
Attorney for Plaintiff                                           Attorney for Defendant
Address 1524 Locust St                     Address 666 Old Country Rd
          Phila Pa 19102                                Garden City NY 11530
Telephone 215-735-3900                  Telephone 516-222-1900

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.