```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARTIN LANE HISTORIC AMERICANA,  :   07 Civ. 8496 (SHS)

                Plaintiff,   :

   -against-   :   ORDER

WILLIAM EBY,   :

               Defendant.   :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that:

     1.    For the reasons set forth on the record, plaintiff's motion for summary judgment and for sanctions is denied [8]; and

     2.    The last day for completion of discovery is April 30, 2008.

Dated: New York, New York
       January 16, 2008

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.