**BOCHETTO & LENTZ**
*A PROFESSIONAL CORPORATION*

**MEMO ENDORSED**

GEORGE BOCHETTO†
GAVIN P. LENTZ*
JEFFREY W. OGREN*
STEPHEN E. SKOVRON*
DAVID P. HEIM*
VINCENT van LAAR*
SCOTT P. SIGMAN*
TODD S. McGARVEY*
TRICIA DESMARAIS*
—
DAVID J. PERLMAN*
OF COUNSEL
—
CORA I. O'DONNELL, J.D.
MARIA TROUT
JANINE BAKER
JIM STEPHENS
PARALEGALS

PRACTICE DEDICATED TO LITIGATION MATTERS

ATTORNEYS AT LAW
1524 LOCUST STREET
PHILADELPHIA, PA 19102

TELEPHONE: 001-1-215-735-3900
TELECOPIER: 001-1-215-735-2455

E-MAIL ADDRESS:
glentz@bochettoandlentz.com
WEB SITE: bochettoandlentz.com

NEW JERSEY OFFICE
—
1230 BRACE ROAD
CHERRY HILL, NEW JERSEY 08034
TELEPHONE NUMBERS:
001-1-856-722-3595
001-1-856-427-0631
TELECOPIER: 001-1-856-722-5511
—
†ALSO ADMITTED TO NEW YORK AND DC BARS
*ALSO ADMITTED TO NEW JERSEY BAR

[stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/28/08]

May 28, 2008

[signature stamp: MAY 28 2008]

**VIA FACSIMILE ONLY: (212) 805-4258**

The Honorable Debra Freeman
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Martin Lane Historic Americana v. Eby*, No. 07-cv-8469 [handwritten: 96]

Dear Judge Freeman:

Per our recent teleconference with Your Honor, please be advised that the parties have agreed to conduct depositions of their respective clients in New York on June 11, 2008. As Your Honor instructed, we will re-status the matter with the Court upon completion of the depositions and after pursuing settlement discussions with our respective clients.

Thank you for Your Honor's time and attention to this matter.

Respectfully,

**BOCHETTO & LENTZ, P.C.**

BY: _____
Todd S. McGarvey, Esquire

TSM/mt

cc: Arnold L. Kert, Esquire - via facsimile only (516) 222-1713

SO ORDERED: DATE: 5/28/08

_____
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE